IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS CLARY, | HON. JEROME B. SIMANDLE |
| Petitioner, | Civil No. 10-4853 (JBS) |
| | Criminal No. 00-04 (JBS) |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

This matter having come before the Court upon the motion of Thomas Clary to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255; the Court having reviewed movant's submissions in support; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**28th**__ day of **April, 2010** hereby

ORDERED that the Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** as untimely; and it is further

ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**; and it is further

ORDERED that no certificate of appealability shall issue.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge